# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** <br> CASE NO. 1:17-MD-2804 | ) ) ) ) ) | |
| **This document applies to:** | ) ) | **Judge Dan Aaron Polster** |
| *Augusta, Georgia v.* <br> *AmerisourceBergen Drug Corporation, et al.* | ) ) ) | Member Case No.: 1:18-op-45233 |
| *Columbus, Georgia v.* <br> *AmerisourceBergen Drug Corporation, et al.* | ) ) ) | Member Case No.: 1:18-op-45567 |
| *Monroe County, Georgia v.* <br> *AmerisourceBergen Drug Corporation, et al.* | ) ) ) | Member Case No.: 1:18-op-45672 |
| *Wilkinson County, Georgia v.* <br> *AmerisourceBergen Drug Corporation, et al.* | ) ) ) | Member Case No.: 1:18-op-45671 |
| *Laurens County, Georgia v.* <br> *AmerisourceBergen Drug Corporation, et al.* | ) ) | Member Case No.: 1:18-op-45945 |

## NOTICE OF APPEARANCE

The attorney listed below enters his appearance in the above-captioned member cases as counsel of record for Plaintiffs, Augusta, Georgia; Columbus, Georgia; Monroe County, Georgia; Wilkinson County, Georgia; and Laurens County, Georgia. Attorney respectfully requests that his name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon him through the Court ECF filing system, as registered:

        Paul T. Farrell, Jr. (Ohio Bar ID. 0070257)
        GREENE, KETCHUM, FARRELL,
           BAILEY & TWEEL, LLP
        419 - 11th Street (25701)/ P.O. Box 2389
        Huntington, West Virginia 25724-2389
        800.479.0053 or 304.525.9115
        304.529.3284: fax
        paul@greeneketchum.com

All filings in the listed member cases should henceforth be served upon counsel.

        Respectfully submitted,

        /s/ Paul T. Farrell, Jr.
        Paul T. Farrell, Jr. (Ohio Bar ID. 0070257)
        Greene, Ketchum, Farrell,
          Bailey & Tweel, LLP
        419 - 11th Street (25701)/ P.O. Box 2389
        Huntington, West Virginia 25724-2389
        Phone:  800.479.0053 or 304.525.9115
        Fax:     304.529.3284
        **paul@greeneketchum.com**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 28th day of December, 2018, the foregoing was electronically filed using the court's CM/ECF system and will be served via the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

        /s/   Paul T. Farrell, Jr.
        Paul T. Farrell, Jr.