# IN THE UNITED STATE DISTRICT COURT
# NOTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) | **MDL No. 2804** |
| THIS DOCUMENT RELATES TO: | ) ) ) ) | **CASE NO. 1:18-op-45233** |
| *City of Augusta, Georgia v.* *AmerisourceBergen Drug Corporation, et al.* | ) ) ) | **JUDGE DAN AARON POLSTER** |

## PLAINTIFF'S NOTICE OF FILING WAIVERS OF SERVICE

COMES NOW Plaintiff City of Augusta, Georgia, by and through undersigned counsel, and gives Notice of Filing Waivers of Service pursuant to Federal Rule of Civil Procedure 4(d), attached as Composite Exhibit A, against the following Defendants:

Amneal Pharmaceuticals, LLC

Par Pharmaceutical, Inc.

Par Pharmaceutical Companies, Inc.

SpecGx, LLC

The Kroger Co.

Walgreens Boots Alliance

Publix Super Markets, Inc.

Date:  3/12/2021   RESPECTFULLY SUBMITTED:

By: /s/J. Burton LeBlanc, IV
J. Burton LeBlanc, IV
**Baron & Budd, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
and

1

2600 CitiPlace Suite 400
Baton Rouge, LA 70808
Tel.: 800-347-2392
Email: bleblanc@baronbudd.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Date:  3/12/2021                                             /s/J. Burton LeBlanc, IV
                                                                              J. Burton LeBlanc, IV